David V. Balakian, SBN # 166749
**BALAKIAN LAW OFFICES**
455 West Shaw Avenue
Fresno, California 93704
Tel. (559) 495-1558
Fax. (559) 248-8491

Attorney for Defendant, **EDGAR BARRAGAN**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **No. CRF 05-0204 OWW** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUBSTITUTION OF** |
| v. | ) | **ATTORNEYS** |
| | ) | |
| EDGAR BARRAGAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

DAVID V. BALAKIAN, 455 West Shaw Avenue, Fresno, California

93704, (559) 495-1558, hereby substitutes in place and stead of __

___   JIM ELIA, ESQ.   ___ , as attorney of record, in the above

entitled matter.


  **I AGREE TO THIS SUBSTITUTION.**

DATED: 6/29/05                    /s/ DAVID BALAKIAN
                                  DAVID BALAKIAN

//

**//**
  **I AGREE TO THIS SUBSTITUTION.**

DATED: 7/5/05                     /s/ EDGAR BARRAGAN
                                  EDGAR BARRAGAN

1

2
   **I AGREE TO THIS SUBSTITUTION.**

3
DATED: 7/6/05                           /s/ JIM T. ELIA
                                        JIM T. ELIA
4

5
**I AGREE TO THIS SUBSTITUTION.**

6
DATED:        July 8, 2005              /s/ OLIVER W. WANGER
                                        HONORABLE OLIVER W. WANGER
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28